FILED

11/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0552



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0552

_____

VICTORY INSURANCE COMPANY,

      Petitioner and Appellant,

v.

STATE OF MONTANA,
COMMISSIONER OF SECURITIES &
INSURANCE, OFFICE OF THE
MONTANA STATE AUDITOR,

      Respondents and Appellees.

_____

**O R D E R**

FILED

NOV 27 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. Montana Rule of Appellate Procedure 12(1)(i) requires that the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken, together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support thereof, be contained within an appendix to the appellant's brief. After reviewing the Appellant's Opening Brief filed on November 27, 2024, this Court has determined that the brief does not comply with the Rules. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order, the Appellant shall refile Appellant's Opening Brief, with the judgment or order attached, with the Clerk of this Court and serve one copy upon each counsel of record.

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the judgment or order appealed

from.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 27th day of November 2024.

For the Court,

By _____

Justice